(108 So. 921)

George TURNER v. STATE. (1 Div. 388.) (Supreme Court of Alabama. April 8, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. First degree murder.

PER CURIAM. Appeal dismissed on motion of appellee, appellant having escaped.

═══

(106 So. 913)

UNITED SALVAGE & SALES CO. v. William WEBER. (6 Div. 438.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(107 So. 924)

E. S. WARREN v. ALABAMA FARM BUREAU COTTON ASS'N. (2 Div. 888.) (Supreme Court of Alabama. March 18, 1926.) Appeal from Circuit Court, Perry County; S. F. Hobbs, Judge.

PER CURIAM. Affirmed on certificate on motion of appellee. See, also, 104 So. 264, 213 Ala. 61.

═══

(108 So. 921)

John WRIGHT v. STATE. (7 Div. 599.) (Supreme Court of Alabama. May 27, 1926.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge.

PER CURIAM. Affirmed on certificate.

═══

(107 So. 924)

Isaac YOUNG v. STATE. (4 Div. 249.) (Supreme Court of Alabama. March 25, 1926.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. First degree murder.

PER CURIAM. Affirmed on certificate on motion of appellee.